[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12554
Non-Argument Calendar
_____

D.C. Docket No. 8:12-cr-00149-RAL-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO CALIXTO-MORAN,
a.k.a. Chino,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 11, 2014)

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Stephen V. Iglesias, appointed counsel for Pedro Calixto-Moran, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Calixto-Moran's conviction and sentence are **AFFIRMED.**